In the Matter of the Application of GEORGE L. THOMPSON, Appellant, for an Order Directing THE BOARD OF SUPERVISORS OF CHENANGO COUNTY, Respondent, to Refund the Amount Collected of a Certain Tax, Illegally Assessed and Levied on His Real Property in the Town of Otselic in the Year 1896.

*Matter of Thompson*, 51 App. Div. 623, affirmed.
(Argued October 2, 1900; decided October 16, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 6, 1900, affirming an order of the Chenango County Court denying a motion for an order directing the board of supervisors of that county to refund to the petitioner the amount collected from him of a certain tax on his real property in the town of Otselic, illegally and improperly assessed and levied thereon in the year 1896.

*W. W. Thompson* for appellant.

*George W. Ray* for respondent.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.